IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN J. LOHBECK, | No. C-04-03245 RMW |
| Plaintiff, | ORDER REMANDING TO THE SOCIAL SECURITY ADMINISTRATION |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security | |
| Defendant. | |

On February 19, 2008, the Ninth Circuit Court of Appeals reversed this court's entry of summary judgment in favor of Jo Anne Barnhart. *See* Docket No. 26, C-04-03245-RMW (N.D. Cal. Feb. 19, 2008). The court's order instructs this court to remand the case to the Social Security Administration for further fact finding consistent with the Ninth Circuit's opinion. Accordingly, the court orders this case remanded to the Social Security Administration.

DATED:    2/22/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Plaintiff:**
Harvey P. Sackett    hps@hpspc.com

**Counsel for Defendant(s):**
Eric K. H. Chinn    eric.chinn@ssa.gov
Sara Winslow    sara.winslow@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/25/08          TSF
**Chambers of Judge Whyte**